UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GINA SIMON,

    Plaintiff,

    v.

BELLEVUE SCHOOL DISTRICT,

    Defendant.

Case No. C06-0708RSL

ORDER VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On April 2, 2007, defendant filed a motion for summary judgment that, taken as a whole, exceeded 50 pages in length but did not provide a courtesy copy of the documents for chambers. On April 6, 2007, the Court issued an order to show cause why defendant should not be sanctioned for failing to comply with two of the Court's prior orders. The order to show cause (Dkt. #20) is now vacated in light of the receipt of the courtesy copy.

DATED this 10th day of April, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge